WALTER D. LUDLUM, Respondent, *v.* KATHRYN E. HASKINS et al., Respondents, and MARIE T. WEST et al., Appellants.

Argued November 23, 1943; decided January 13, 1944.

*Egbert W. Doughty* for appellants.

*Clarence F. Corner* and *Gilbert F. Regan* for plaintiff-respondent.

*Benjamin Cohn* for defendants-respondents.

Costs and disbursements waived by all parties. Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.